IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SHANE SOPHER,              )<br>                                          )<br>            Plaintiff,         )<br>                                          )     Civil Case No.  05-6322-HU<br>      v.                                 )<br>                                          )           O R D E R<br>MICHAEL WASHINGTON, DIANE M.   )<br>REA, DIANNE MIDDLE, STEVEN R.  )<br>POWERS, DARCEY BAKER, and      )<br>CANDACE WHEELER,                    )<br>                                          )<br>            Defendants.      )<br>_____  ) | |

Kristina Hellman
Assistant Federal Public Defender
101 S. W. Main Street, Suite 1700
Portland, Oregon  97204

    Attorney for Plaintiff

Page 1 - ORDER

Hardy Myers
Attorney General
Jacqueline Sadker
Assistant Attorney General
Department of Justice
1162 Court Street NE
Salem, Oregon  97301

       Attorneys for Defendants

KING, Judge:

The Honorable Dennis J. Hubel, United States Magistrate Judge, filed Findings and Recommendation on September 29, 2008.  Plaintiff filed timely objections to the Findings and Recommendation.

When either party objects to any portion of a magistrate's Findings and Recommendation concerning a dispositive motion or prisoner petition, the district court must make a de novo determination of that portion of the magistrate's report.  28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); McDonnell Douglas Corp. v. Commodore Business Machines, Inc., 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  This court has, therefore, given de novo review of the rulings of Magistrate Judge Dennis J. Hubel.

This court ADOPTS the Findings and Recommendation of Magistrate Judge Hubel dated September 29, 2008 in its entirety.

IT IS HEREBY ORDERED that Defendants' Rule 12 Motion to Dismiss (#25) is granted.  This action is dismissed with prejudice.

DATED this ___30th___ day of October, 2008.

                         /s/ Garr M. King
                           GARR M. KING
                       United States District Judge